No. 11–1231. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES v. AUBURN REGIONAL MEDICAL CENTER ET AL. C. A.

D. C. Cir. [Certiorari granted, *ante*, p. 933.] John F. Manning, Esq., of Cambridge, Mass., is invited to brief and argue this case as *amicus curiae* in support of the position that the 180-day statutory time limit for filing an appeal with the Provider Reimbursement Review Board from a final Medicare payment determination made by a fiscal intermediary, 42 U. S. C. § 1395*oo*(a)(3), may not be extended for any period.